FILED

AUG 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD DOUGHTY, Realtor, ex rel. United States of America, et al.,<br><br>      Plaintiffs-Appellants,<br><br>  v.<br><br>OREGON HEALTH AND SCIENCES UNIVERSITY, a division of the State of Oregon,<br><br>      Defendant-Appellee. | Nos.   17-35483, 17-35544<br><br>D.C. No. 3:13-cv-01306-BR<br>District of Oregon,<br>Portland<br><br>ORDER |

The existing briefing schedule is VACATED.

The following briefing schedule shall govern this appeal:   Appellants' opening brief is due October 31, 2017; appellee's answering brief is due November 30, 2017; appellant's optional reply brief is due within 21 days of service of the answering brief.

FOR THE COURT:


By:  Lynn Warton
Deputy Clerk

8/23/17